*ant Attorney General Holland, Ellis N. Slack, John H. Mitchell* and *Joseph M. Howard* for the United States.

No. 645. ARMSTRONG *v.* ARMSTRONG ET AL. Supreme Court of Ohio. Certiorari granted. *Robert N. Gorman, Stanley A. Silversteen, James W. Hengelbrok* and *Julius R. Samuels* for petitioner. *Walter K. Sibbald* for Armstrong, respondent.

No. 640. ROCK DRILLING, ETC., BUILDING AND COMMON LABORERS' LOCAL UNION NO. 17 *v.* MASON & HANGER Co., INC. ET AL. C. A. 2d Cir. Certiorari denied. *Hyman N. Glickstein* for petitioner. *Franklin Nevius* for Mason & Hanger Co., Inc., *Mark F. Hughes* for Walsh Construction Co., Inc. et al., and *William H. Wurts* for George M. Brewster & Son, Inc., respondents.

No. 643. MAHONEY *v.* SAILORS' UNION OF THE PACIFIC ET AL. Supreme Court of Washington. Certiorari denied. *Melville Monheimer* for petitioner.

No. 646. BIANCHI ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker, Sidney M. Glazer* and *Harry H. Craig* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States.

No. 648. HOLBROOK *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *A. C. Wheeler* for petitioner. *Solici-*